THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE GLOVER, Appellant.— Order unanimously reversed and matter remitted to Monroe County Court for a hearing. Memorandum: On the face of the petition, petitioner is entitled to a hearing. (Appeal from order of Monroe County Court denying, without a hearing, motion to vacate a judgment of conviction for rape, first

degree, rendered June 25, 1962.) Present — Williams, P. J., Bastow, Goldman, Del Vecchio and Marsh, JJ.